**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> K. N. Phaouthoum, et. al., ) <br> ) <br> ) <br> Defendant ) | Case No. Cr.S-08-390 GEB <br><br> STIPULATION AND PROPOSED ORDER CONTINUING STATUS <br><br> Date: July 24, 2009 <br> Time: 9:00 AM <br> Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to July 24, 2009 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from June 25, 2009, (the date currently set for the status conference) through

-1-

and including July 24, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: June 24, 2009          Respectfully submitted

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,          Dated: June 24, 2009
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW          Dated: June 24, 2009
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

/S/STEVEN BAUER, Esq.,          Dated: June 24, 2009
Steven Bauer, Esq.,
Attorney for Defendant
Keoudone Noy Phaouthoum

/S/MARK J. RECHEL, Esq.,                     Dated: June 24, 2009
Mark J. Reichel, Esq.,
Attorney for Defendant
Kommala Xayadeth


/S/JOHNNY L. GRIFFITH III, Esq.,             Dated: June 24, 2009
Johnny L. Griffith III, Esq.,
Attorney for Defendant
John Li

/S/DAVID W. DRATMAN, Esq.,                   Dated: June 24, 2009
David W. Dratman, Esq.,
Attorney for Defendant
Tuy Nguyen

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation arraignment in the above referenced matter shall be continued until July 24, 2009 at 9:00 a.m.

DATED:  June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-