**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SON NGUYEN,<br><br>    Defendant | ) Case No. Cr.S-08-389 GEB<br>) Case No. Cr.S-08-390 GEB<br>)<br>) STIPULATION AND PROPOSED ORDER<br>) CONTINUING STATUS<br>)<br>) Date: June 24, 2011<br>) Time: 9:00 AM<br>) Court: GEB<br>)<br>)<br>) |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that status conference in the above referenced matter (as to Son Nguyen only) be continued to June 24, 2011 at 9:00 AM.

The basis for this request is that in these matters above referenced a preliminary PSR regarding Criminal History has been requested and the amended version has been received. In light of the information submitted therein, the parties are working

-1-

toward plea resolution. However, clarification relative to the conclusion of defendant's parole needs to be clarified. Documents relative to the defendant's criminal history have been ordered from the California Department of Corrections. Document relative to one prior conviction have been received. It is anticipated that the remaining documents, those relative to the second prior conviction will be received this week. It is hoped and anticipated that such resolution will come about by the proposed June 24, 2011, date.

    IT IS FURTHER STIPULATED that the period from April 1, 2011, through and including June 24, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: May 31, 2011,                    Respectfully submitted


                                       /S/MICHAEL  B. BIGELOW
                                       Michael B. Bigelow
                                       Attorney for Son Nguyen

**IT IS SO STIPULATED**

<u>/S/MICHAEL BECKWITH, Esq.,</u>
Michael Beckwith, Esq.,                    Dated: May 31, 2011
Assistant United States Attorney
Attorney for Plaintiff


<u>/S/MICHAEL B. BIGELOW, Esq.,</u>          Dated: May 31, 2011
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

**ORDER (PROPOSED)**

   **IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until June 24, 2011 at 9:00 PM, and time excluded for the reasons set forth above.

**Date:  <u>6/3/2011</u>**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-