UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SON NGUYEN,<br><br>           Defendant. | No.  2:08-cr-0389 GEB AC<br><br>No.  2:08-cr-0390 GEB AC<br><br>ORDER |

    Defendant Son Nguyen has filed a motion for the return of property.  ECF No. 226.  Defendant seeks the return to his father of a vehicle allegedly seized without a warrant by DEA agents on August 14, 2008.  Defendant seeks return of the vehicle pursuant to Fed. R. Crim. P. 41(g), which does not apply where property has been forfeited to the government.  See United States v. Fitzen, 80 F.3d 387, 388 (9th Cir.1996).  Defendant also contends that his father is entitled to return of the vehicle under 18 U.S.C. § 983(d)(1), which provides an innocent owner defense to civil forfeiture.

    The United States is HEREBY ORDERED to respond to defendant's motion within thirty days.  Plaintiff's response should, inter alia, inform the court of the status of the vehicle at issue.

DATED: December 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE