UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:08-cr-0389 GEB AC |
|---|---|
| Plaintiff, | No.  2:08-cr-0390 GEB AC |
| v. | ORDER |
| SON NGUYEN, | |
| Defendant. | |

The United States has filed a Motion to Dismiss Defendant's Motion for Return of Property.  ECF No. 233.  Defendant is HEREBY ORDERED to file his opposition to this motion, if any, no later than 28 days from the date of this order.  Plaintiff may file an optional reply within 7 days of service of the opposition.

DATED: January 28, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE