1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                  No. 2:08-cr-0390 GEB AC P

12                Plaintiff - Respondent,

13          v.                                   ORDER

14    SON NGUYEN,

15                Defendant - Movant.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or

18    correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 30, 2017, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  ECF No. 251.  Neither

23    party has filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed June 30, 2017, are adopted in full;

28    ////

                                                1

2.  The motion to vacate, set aside, or correct movant's sentence pursuant to § 2255 (ECF No. 248) is denied; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  July 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge